AUSA: Rosemary Wummel Gardey   Telephone: (313) 226-9100
Special Agent: Steven Allick   Telephone: (313) 202-3400

AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No. 20-51073-4
one black, Apple iPhone associated to )
phone number 313-926-3958 (more fully described in )
Attachment A) )

I hereby certify that the foregoing is a true copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: s/Marlena Williams
Deputy

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the      Eastern      District of      Michigan     .
*(identify the person or describe the property to be searched and give its location)*:

See ATTACHMENT A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See ATTACHMENT B.

**YOU ARE COMMANDED** to execute this warrant on or before   November 5, 2020   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   the presiding United States Magistrate Judge on duty  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  October 22, 2020   5:57 pm          *Elizabeth A. Stafford*
                                                              *Judge's signature*

City and state:  Detroit, Michigan          Hon. Elizabeth A. Stafford, U. S. Magistrate Judge
                                               *Printed name and title*

## ATTACHMENT A
## DESCRIPTION OF THE PROPERTY TO BE SEARCHED

The property to be searched is more fully described as:

> One Black, Apple IPhone, cellular phone, associated to phone number: 313-926-3958, currently in the possession of the ATF Detroit Field Division under case number #774010-20-0069, item #009.

This warrant authorizes the forensic examination of the Target Cellular Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B
## LIST OF INFORMATION TO BE SEIZED

1. All records on the Target Cellular Device described in Attachment A that relate to violations of 18 U.S.C. § 922(n) receipt of a firearm by a person under felony indictment, including:

   a. lists of contacts and related identifying information;
   b. photographs and/or videos of firearms, or locations of specified criminal offenses;
   c. any information regarding the past location of the Target Cellular Device;
   d. all incoming and outgoing calls, including all call logs and related identifying information including the telephone number, date, and time of calls made to and from the Target Cellular Device;
   e. stored memos pertaining to any of the specified criminal activities;
   f. internet browsing, including favorites and history, pertaining to any of the specified criminal activities;
   g. incriminating statements or messages made to and from ANDERSON, including SMS/MMS messages and messages contained in messaging applications installed on the Target Cellular Device;
   h. emails to and from ANDERSON pertaining to the specified criminal activity;
   i. digital voice recorded messages discussing any aspect of the specified criminal violations;

2

  j.  stored photos and video files relevant to firearms offenses and locations where firearms are kept;

  k.  social media application data, including Facebook, Instagram, and Twitter, pertaining to any of the specified criminal violations; and

  l.  evidence of user attribution showing who used or owned the cellular telephones at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history.

As used herein, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 20-51073-4 | Date and time warrant executed: 11/02/2020 1305 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of: N/A | | |

Inventory of the property taken and name of any person(s) seized:

- Hard Drive containing Extraction Report from Device.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/04/2020

*Executing officer's signature*

Steven Allick  Special Agent
*Printed name and title*